United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREDA D. SMITH, | CIVIL NO. C10-5063 RBL/JRC |
| Plaintiff, | |
| v. | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby, ORDERED that Plaintiff's Opening Brief shall be filed on or before June 2, 2010, Defendant's response brief is due June 30, 2010, and Plaintiff's Reply Brief is due July 14, 2010. Oral argument, if desired, shall be requested by July 21, 2010.

DATED this 5th day of May, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
BRIEF- [C10-5063 JRC] - 1