UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FREDA D. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-cv-5063-RBL-JRC<br><br>ORDER TO AMEND SCHEDULING ORDER |

Based upon the motion by Defendant and the agreement of the parties, it is hereby

ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before August 30, 2010;

- Plaintiff shall file the optional Reply Brief on or before September 13, 2010; and

- Any request for oral argument is to be submitted within 7 days after the due date for Plaintiff's reply brief.

DATED this 25th day of June 2010.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-cv-5063-RBL-JRC]