UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDA D. SMITH,<br><br>               Plaintiff,<br><br>      v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C10-5063 RBL/JRC<br><br>ORDER GRANTING SECOND MOTION TO AMEND SCHEDULING ORDER |

Based upon the motion by Defendant and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Defendant shall file a response to Plaintiff's Opening Brief on or before September 27, 2010;

Plaintiff shall file the optional Reply Brief on or before October 11, 2010; and

Oral argument, if desired, shall be requested by October 18, 2010.

DATED this 27th day of August, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1