# United States District Court

WESTERN DISTRICT OF WASHINGTON

FREDA D. SMITH,

v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5063RBL

____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income payments under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an administrative law judge (ALJ), a new hearing, and a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.

| October 19, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s / Mary Trent*
Deputy Clerk